IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Millrock Investment Fund 1, LLC | ) | CASE NO. 6:24-cv-00642-DCC |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | **CONFESSION OF JUDGMENT** |
| | ) | |
| GSP Hospitality, LLC, and | ) | |
| Satis D. Patel, | ) | |
| Defendants. | ) | |

WHEREAS, the Defendants GSP Hospitality, LLC and Satis D. Patel hereby confess judgment to the Plaintiff Millrock Investment Fund 1, LLC, its successors or assigns the amount of Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100 ($3,595,507.74) Dollars by way of this Confession of Judgment executed on the date even herewith and in accordance with S.C. Code Ann. § 15-35-360, as follows:

1. Plaintiff Millrock Investment Fund 1, LLC ("Millrock"), is a limited liability company organized and existing under the laws of the State of Utah, but authorized to do and actually doing business in South Carolina.

2. Defendant GSP Hospitality, LLC ("GSP"), is a business organized under the State of South Carolina.

3. Defendant Satis D. Patel ("Patel") is a resident of the State of North Carolina but does business in South Carolina, including as part of the transaction at issue in this action.

4. Plaintiff filed this action alleging that Defendants GSP and Patel owed substantial monies due to due their breach of a Lease Agreement and related Guarantee Agreement entered into on or about November 15, 2019.

5. Defendant GSP and Patel agree and acknowledge their breach and that they currently owe, and are justly liable for, the amount of Three Million Five Hundred Ninety-Five

Thousand Five Hundred Seven and 74/100 ($3,595,507.74) Dollars to Plaintiff that amount confessed herein is confessed as evidence for this acknowledged debt.

6. As such, Defendants GSP and Patel confesses and authorizes the entry of judgment in favor of Plaintiff Millrock. in the amount of Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100 ($3,595,507.74) Dollars.

7. Defendants GSP and Patel consent and agree that, pursuant to the terms of this Confession of Judgment it may be entered against them in the Clerk of Court for any County in South Carolina, North Carolina, or in any other appropriate jurisdiction where real or personal property is owned and further consent and agree that Plaintiff may bring any action, in a court of competent jurisdiction, that may be necessary for the enforcement of this Judgment.

8. Defendants GSP and Patel agree that this Confession is given in lieu of any further proceedings upon this legal action instituted as described above.

9. Defendants GSP and Patel agree that each has the capacity to execute this Confession of Judgment and are authorized to make this Confession of Judgment fully binding upon and enforceable against himself and its property.

10. Defendants GSP and Patel have read and understand this Confession of Judgment, received the advice of counsel regarding this Confession of Judgment, and freely and voluntarily enter into this Confession of Judgment.

*SIGNATURES APPEAR ON FOLLOWING PAGE*

IN WITNESS WHEREOF, I have hereto set my hand and seal on the date and year first above written.

WITNESSETH:

_Jessica Brooke Green_ _____
Satis D. Patel
Date: _11/13/24_

_Jessica Brooke Green_ _____
GSP Hospitality, LLC
By: _____
Its.: _MANAGING MEMBER_
Date: _11/13/24_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Millrock Investment Fund 1, LLC | ) | CASE NO. 6:24-cv-00642-DCC |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **CONFESSION OF JUDGMENT** |
| GSP Hospitality, LLC, and | ) | |
| Satis D. Patel, | ) | |
| Defendants. | ) | |

PERSONALLY appeared before me the undersigned, Satis D. Patel who being first duly sworn, depose and say that:

1. I am one of the Defendants in the above-captioned action, and further am an owner of GSP Hospitality, LLC and have the legal authority to act as its representative and execute this Affidavit individually and on behalf of GSP Hospitality, LLC.

2. I acknowledge that I, along with GSP Hospitality, LLC owe the monies described herein as a result of a breach of the Lease Agreement and related Guarantee Agreement entered into on or about November 15, 2019, and that the amount due and owing as a result of these breaches is Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100 ($3,595,507.74) Dollars.

3. We agree to a Confession of Judgment in favor of the Plaintiff in the amount of Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100 ($3,595,507.74) Dollars.

4. On behalf of myself and GSP Hospitality, LLC I have read the attached Confession of Judgment and am entering into the same of my own free will.

5. I acknowledge that this Confession of Judgment may be filed with the Clerk of Court in any county in which I own property and shall constitute thereby a lien against any such property.

6. I am **not** presently under the influence of any medication, drug, or other substance which might in any way impair my judgment or capacity to sign the attached Confession of Judgment.

7. I have consulted with my attorney about this matter, and hereby confess judgment with his advice and counsel.

8. I freely give this Confession of Judgment and affirmatively state that the same is **not** given as a result of any undue influence, coercion or duress.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Satis D. Patel

Date: 11/13/24

SWORN to and SUBSCRIBED before me
this 13 day of NOVEMBER 2024

_Jessica Brooke Greer_
Notary Public for Buncombe County, NC
My Commission Expires: 02/22/27