AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Millrock Investment Fund 1, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:24-cv-00642-DCC |
| GSP Hospitality, LLC; Satis D. Patel | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff  Millrock Investment Fund 1, LLC   recover from the defendants  GSP Hospitality, LLC and Satis D. Patel  the amount of Three Million Five Hundred Ninety-Five Thousand Five Hundred Seven and 74/100   dollars ($ 3,595,507.74  ), which includes post-judgment interest at the rate of   4.29    %, along with costs.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   November 15, 2024                                             *CLERK OF COURT*

                                                                                      s/Angela Lewis, Deputy Clerk
                                                                                      *Signature of Clerk or Deputy Clerk*